UNITED DISNER BENEVOLENT ASSOCIATION, INC., Respondent, v. SPRINGFIELD L. I. CEMETERY SOCIETY, MOSES JAFFE, EMMA A. COLBY, T. EDWARD COLBY and REBECCA JAFFE, Appellants, Impleaded with Others, Defendants.— Order

so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.